UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TONY D. WALKER,

    Plaintiff,

v.                                          Case No. 14-C-0003

EDWARD F. WALL, et al.,

    Defendants.

## DECISION AND ORDER

Pro se plaintiff Tony D. Walker is currently incarcerated at Green Bay Correctional Institution. On January 3, 2014, he filed a lawsuit pursuant to 42 U.S.C. § 1983. On September 17, 2015, I granted defendants' motion for summary judgment and dismissed the case. On November 10, 2015, plaintiff filed a notice of appeal, and, on November 25, 2015, he filed a motion for leave to appeal in forma pauperis. I denied that motion on December 9, 2015, because plaintiff has incurred "three strikes" under the Prison Litigation Reform Act and therefore has lost his eligibility to proceed in forma pauperis in new federal cases or appeals unless his allegations show that he is under imminent danger of serious physical injury. Plaintiff filed a motion asking me to reconsider that decision.

Under Rule 60(b), a court may grant a party relief from an order for several reasons, including mistake, excusable neglect, newly discovered evidence, and fraud. See Fed. R. Civ. P. 60(b). "Rule 60(b) relief is an extraordinary remedy and is granted only in exceptional circumstances." Id. (quoting Karraker v. Rent-A-Center, Inc., 411 F.3d 831, 837 (7th Cir. 2005)).

Having reviewed plaintiff's motion, I conclude that he has not demonstrated that the standards of Rule 60(b) have been satisfied. Therefore, I deny his motion for reconsideration.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (Docket #96) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of January, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge